AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas

JAN 29 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alexey Armando CERON-Gomez | ) | Case No. M-15-0132-M |
| YOB: 1985, Mexico | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 28, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) <br> 21 USC § 846 <br> 21 USC § 952 | Knowingly, willfully and unlawfully imported from a place outside the United States, to wit; the United Mexican States, to a place in the United States, to wit; Pharr, Texas, a controlled substance listed under Schedule II, of the Controlled Substance Act, to wit; approximately eleven point five two (11.52) kilograms, gross weight, of cocaine. In addition, the defendant did knowingly and unlawfully posses with the intent to distribute the above listed cocaine. Furthermore, the defendant did knowingly and unlawfully conspire to import and possess with intent to distribute the above listed cocaine. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved
Joseph Leonard

_____
*Complainant's signature*

David Reese - Special Agent/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/29/2015  8:55 a.m.__

_____
*Judge's signature*

City and state: __McAllen, Texas__

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

# "ATTACHMENT A"

I am a Special Agent of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On January 28, 2015, defendant Alexey Armando Ceron-Gomez entered the United States through the Pharr, Texas Port of Entry, operating a 2001 Ford Taurus bearing Tamaulipas registration 475TPV8.

2. At the Pharr Port of Entry, Galvan gave a negative declaration to Customs and Border Protection (CBP) officers and provided a Border Crossing Card (BCC) as identification. During the primary inspection, a CBP Narcotics Detection Dog (NDD) alerted to the rear wheel well of the vehicle.

3. Ceron-Gomez and his vehicle were referred for a secondary inspection. CBP officers then conducted an inspection in the area of the NDD alert, discovering a non-factory compartment created in the gas tank, which was accessible from the rear passenger seat.

4. CBP officers probed the identified areas, discovering a white powdery substance, which field tested positive for the properties of cocaine.

5. Further inspection resulted in the discovery of ten (10) bundles concealed within the gas tank, with a gross weight of eleven point five two (11.52) kilograms.

6. Homeland Security Investigations (HSI) Special Agents (SA), advised Ceron-Gomez of his Miranda warnings in the Spanish language, which he stated he understood and subsequently waived in writing.

7. Post Miranda, Ceron-Gomez admitted he was being paid one thousand five-hundred dollars ($1,500.00) to drive the vehicle from Reynosa, Mexico to McAllen, Texas, by unknown person(s). Ceron-Gomez stated he was aware that his vehicle contained narcotics, but did not know the type, amount or location.

8. HSI SA's placed Ceron-Gomez under arrest for violations of 21 USC sections 841, 846 and 952. Ceron-Gomez will be held by the Hidalgo County Sheriff's Office until his initial appearance.